No. 25-4464

## IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

**UNITED STATES OF AMERICA,**

Plaintiff-Appellee,

**v.**

**BINIAH CARTER,**

Defendant – Appellant.

On Appeal from the United States District Court
for the District of Maryland

## PUBLIC APPELLANT BRIEF

Dwight J. Draughon, Jr.
Myles Ashong
STEPTOE LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 – telephone
ddraughon@steptoe.com
mashong@steptoe.com

*Counsel for Appellant*
*Biniah Carter*

# TABLE OF CONTENTS

INTRODUCTION ................................................................................................ 1

STATEMENT OF JURISDICTION.................................................................... 2

STATEMENT OF THE ISSUES........................................................................ 3

STATEMENT OF THE CASE ........................................................................... 3

    ■    ████████████████████████████████
                              ████████████

    ■    ████████████████████████████████
                              ████████████████

    ■    ████████████████████████████████
                              ████████████████

    ■    ████████████████████████████████
                              ████████████████

SUMMARY OF ARGUMENT ............................................................................ 13

STANDARD OF REVIEW.................................................................................. 15

ARGUMENT....................................................................................................... 17

    ■    ████████████████████████████████
                              ████████████████

    ■    ████████████████████████████████
           ████████████████████████████████
                              ████████████████

    ■    ████████████████████████████████
                              ████████████████

CONCLUSION ..................................................................................................... 42

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

██████████
████████████████████████████████████████ ████████████████████████████

████████████ ████████████████████████
████████████████████████████████████████████████

████████████████ ████████████████████
████████████████████████████████████████████████

██████████████ ████████████████████
████████████████████████████████████████████████

████████████ ████████████████████
████████████████████████████████████████████████

████████████████████████████ ██████████████
████████████████████████████████████████████████

████████████ ████████████████████
████████████████████████████████████████████████

██████████████████████████ ████████████████
████████████████████████████████████████████████

████████████ ██████████████████████
████████████████████████████████████████████████

████████████ ██████████████████████
████████████████████████████████████████████████

████████████ ██████████████████████
████████████████████████████████████████████████





## Statutes

## Other Authorities

# <u>INTRODUCTION</u>

████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████ ██ ████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

[██████████████████████████████████████████]

[██████████████████████]

[███████████████████████████████]

[█████████████████████████████████████]

[█████████████████████████████████████]

[█████████████████████████████████████]

[████████████████████████████████████]

[███████████████████████████████████]

[██████████]

[████████████████████████████████]

[██████████████████████████████████]

[███████████████████████████████████]

[███████████████████████████████████████]

## **<u>STATEMENT OF JURISDICTION</u>**

The United States District Court for the District of Maryland had jurisdiction over this federal criminal matter pursuant to 18 U.S.C. § 3231 for offenses alleged under 18 U.S.C. § 1349 and 18 U.S.C. § 1028A(a)(1). The district court entered a judgment of conviction and sentence on August 26, 2025. J.A. 157–62. Biniah Carter timely filed her

notice of appeal on August 26, 2025. J.A. 163; *see* Fed. R. App. P. 4(b)(1), b(6). Therefore, this Court has jurisdiction over this appeal pursuant to 18 U.S.C. § 3742 and 28 U.S.C. § 1291.

## STATEMENT OF THE ISSUES



## STATEMENT OF THE CASE



















## SUMMARY OF ARGUMENT

████████████████████████████████████████████████████████████████

███████████████████

    █████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

    █████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████████████████████████████████

## STANDARD OF REVIEW

    █████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

# ARGUMENT





[Content redacted]





21





































[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

## CONCLUSION

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

Respectfully submitted,

_s/ Dwight Draughon_
Dwight J. Draughon, Jr.
Myles Ashong
**STEPTOE LLP**
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

Dated: December 1, 2025

*Counsel for Defendant-Appellant*
*Biniah Carter*

# <span style="text-decoration: underline">REQUEST FOR ORAL ARGUMENT</span>

███████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████

# CERTIFICATE OF COMPLIANCE

1.      This opening brief complies with Fed. R. App. P. 32(a)(5)–(6) because it has been prepared using Microsoft Word for Office 365, Century School font, 14-point proportional type size.

2.      This opening brief complies with Fed. R. App. P. 32(a)(7)(b) because it contains 8,901 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

        I understand that a material misrepresentation can result in the Court's striking the brief and imposing sanctions. If the Court requests, I will provide an electronic version of the brief and/or a copy of the word or line print-out.

12/1/2025                                            *s/ Dwight Draughon*
Date                                                   Dwight J. Draughon
                                                       Steptoe LLP