No. 25-4464

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**UNITED STATES OF AMERICA,**

**Plaintiff - Appellee,**

**v.**

**BINIAH CARTER,**

**Defendant - Appellant.**

*Appeal from the United States District Court for the*
*District of Maryland, Southern Division*
*Honorable Paula Xinis, District Judge*

## PUBLIC RESPONSE BRIEF OF APPELLEE
## UNITED STATES OF AMERICA

> **Kelly O. Hayes**
> **United States Attorney**
>
> **David C. Bornstein**
> **Assistant United States Attorney**
> **Chief, Appellate Division**
>
> **M.J. Kirsch Muñoz**
> **Assistant United States Attorney**
> **6406 Ivy Lane, 8th Floor**
> **Greenbelt, Maryland 20770**
> **(410) 736-8276**

**February 27, 2026**          *Attorneys for the Appellee*

# TABLE OF CONTENTS

INTRODUCTION ..................................................................................................... 1

JURISDICTIONAL STATEMENT ........................................................................ 3

STATEMENT OF THE ISSUES ............................................................................ 3

STATEMENT OF THE CASE ............................................................................... 3

    A.    Carter's Underlying Criminal Conduct ..................................................... 4

    B.    Procedural History ..................................................................................... 6

SUMMARY OF THE ARGUMENT ................................................................... 12

STANDARD OF REVIEW .................................................................................. 12

ARGUMENT ....................................................................................................... 13

CONCLUSION .................................................................................................... 32

CERTIFICATE OF COMPLIANCE ................................................................... 33

CERTIFICATE OF SERVICE ............................................................................ 34

# TABLE OF AUTHORITIES

## CASES



iii





**STATUTES**

**GUIDELINES PROVISIONS**

**OTHER AUTHORITIES**

# INTRODUCTION

Defendant-appellant Biniah Carter is a fraudster. She and her coconspirators stole and falsified hundreds of checks mailed through the U.S. Postal Service, and then stole the identities of the people who mailed them to purloin money from their accounts. ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████





## JURISDICTIONAL STATEMENT

The district court had jurisdiction over Carter's federal offenses pursuant to 18 U.S.C. § 3231. It entered a judgment of conviction against her on August 26, 2025, J.A.157, and Carter appealed the same day, J.A.163. This Court has jurisdiction under 28 U.S.C. § 1291.

## STATEMENT OF THE ISSUES



## STATEMENT OF THE CASE

Biniah Carter—as her brief hastens to say—is the young, single mother of a four-year-old boy. Opening Br. 3-4. Until her conviction in this case, she had no

criminal history aside from (a dozen) (not-so "minor") traffic violations.  *Id.* at 4;

*see* J.A.271.  But whatever else she may be, Carter is also a scammer who readily

profited from stealing other people's money and identities; ████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████

  ██████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████

### A.    Carter's Underlying Criminal Conduct[2]

Carter participated in a conspiracy that fleeced more than 900 ordinary, often

elderly Americans out of millions of dollars in a matter of months.  J.A.34-35,

J.A.38, J.A.41.  The conspiracy involved a scam known as "check washing," which

---

[2]   The following facts are drawn from the plea agreement's stipulation of
facts, to which Carter admitted.  J.A.34-41.

unfolded here in multiple steps. First, the conspirators stole personal and business checks from the mail, aided by an inside woman—and Carter's later codefendant—at the U.S. Postal Service. J.A.34. Next, they chemically erased the payee names and amounts and rewrote the checks to reflect different payees and higher amounts, while retaining the signatures, addresses, account information, and other payor identifiers. J.A.35-40. Then, they recruited so-called "account mules," who—sometimes unknowingly—surrendered their banking information to the conspirators so they could deposit the fraudulent checks in the mules' accounts. J.A.34, J.A.38-39. The conspirators would later withdraw the money from the mules' accounts, either at ATMs or through peer-to-peer transfer platforms like CashApp, again using the mules' banking information. J.A.40. Finally, the conspirators moved the ill-gotten funds through shell companies, putting even more distance between themselves and the stolen checks. J.A.40.

The leader of this conspiracy was no doubt Tianna Cosby, who had her fingers in every pot of the check-washing scam. But Carter—who shared a "close, personal relationship" with Cosby, J.A.95; *see* J.A.118-119—was no slouch herself. She recruited the account mules and collected their banking information, J.A.35, at least once under false pretenses, J.A.39. She deposited the fraudulently altered checks. J.A.37; J.A.360. She made ATM cash withdrawals, J.A.35; J.A.359-360, and

5

oversaw numerous peer-to-peer transfers from the mules' accounts to her own bank accounts, J.A.39—"a part of the layering process and a means of trying to mask the illegitimate money," J.A.101.   She even used the business account of her own company, Biniah's Adolescence, to launder the conspiracy's illegal proceeds.   J.A.40. All told, Carter lined her pockets with more than $33,000 from her misdeeds, J.A.41; J.A.95—less than Cosby, to be sure, but more than at least one other conspirator, J.A.108, and in any event, a tidy sum for fewer than six months' "work."

## B.    Procedural History

A federal grand jury returned an indictment charging Carter with one count of conspiracy to commit mail and bank fraud, in violation of 18 U.S.C. § 1349 (Count 1); two counts of bank fraud, in violation of 18 U.S.C. § 1344 (Counts 4 and 6); and two counts of aggravated identity theft, in violation of 18 U.S.C. § 1028A (Counts 14 and 18).   J.A.14-23.













## SUMMARY OF THE ARGUMENT

## STANDARD OF REVIEW



## ARGUMENT







































## CONCLUSION

For the reasons stated, this Court should affirm.

Kelly O. Hayes
United States Attorney

David C. Bornstein
Assistant United States Attorney
Chief, Appellate Division

/s/ M.J. Kirsch Muñoz
Assistant United States Attorney
United States Attorney's Office
6406 Ivy Lane, 8th Floor
Greenbelt, Maryland 20770
(410) 736-8276

February 27, 2026

32

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION AND TYPEFACE AND TYPE-STYLE REQUIREMENTS**

This brief complies with the type-volume limitation set forth in Fed. R. App. P. 32(a)(7)(B)(i) because it contains 7,517 words, excluding the parts of the document exempted by Fed. R. App. 32(f).

This brief also complies with the typeface and type-style requirements in Fed. R. P. 23(a)(5) and (a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ M.J. Kirsch Muñoz
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 27, 2026, I electronically filed both a sealed version and a redacted version of the foregoing brief with the Clerk of Court using the CM/ECF System, which will send notice of the filings to Carter's counsel of record, who is an ECF filer.   In addition, I HEREBY CERTIFY that on February 27, 2026, I sent a copy of the sealed version of the foregoing brief to Carter's counsel of record using email.

/s/ M.J. Kirsch Muñoz
Assistant United States Attorney