No. 25-4464

# IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

**UNITED STATES OF AMERICA,**

Plaintiff-Appellee,

**v.**

**BINIAH CARTER,**

Defendant – Appellant.

On Appeal from the United States District Court
for the District of Maryland

## REDACTED APPELLANT REPLY BRIEF

Dwight J. Draughon, Jr.
Myles Ashong
STEPTOE LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 – telephone
ddraughon@steptoe.com
mashong@steptoe.com

*Counsel for Appellant*
*Biniah Carter*

# TABLE OF CONTENTS

I.    SUMMARY OF THE ARGUMENT ..................................................... 1

II.

C. ███████████████████████████████

IV. CONCLUSION ...................................................................... 31

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

██████████ ████████████████████████████████████████████████████

██████████████ █████████████████████████████████████████████████

███████████████████ ███████████████████████████████████████████

███████████ ██████████████████████████████████████████████████

█████████████████████████ ███████████████████████████████████████

████████████ ██████████████████████████████████████████████████

███████████████ █████████████████████████████████████████████████

███████████████ █████████████████████████████████████████████████

████████████ ██████████████████████████████████████████████████

█████████████ █████████████████████████████████████████████████

█████████████ █████████████████████████████████████████████████

███████████ ███████████████████████████████████████████████████





## Statutes



## Other Authorities



## I. SUMMARY OF THE ARGUMENT





**II.** ████████████████████████████████████████
████████████████████████████████

   **A.** ████████████████████████████████████
████████████████████████



1. ████████████████████████████████████
████████████████████████████████████

████████████████████████████████████









2. ████████████████████████████████████
████████████████████████

█████████████████████████████████████████████

████████████ ██████ ████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

---











3.

[4]







**B.**

1.





21



2. ████████████████████████████████████████

████████████████████████████████████████



3.



**III.**

**A.**



28

**B.** ███████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

**C.**

████████████████████████████████████████████████

████████████████████████████████████████████████

███████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

## IV. CONCLUSION

████████████████████████████████████████████████

████████████████████████████████████████████████

Respectfully submitted,

*s/ Dwight Draughon*
Dwight J. Draughon, Jr.
Myles Ashong
**STEPTOE LLP**
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

Dated: March 9, 2026

*Counsel for Defendant-Appellant*
*Biniah Carter*

# CERTIFICATE OF COMPLIANCE

1.      This opening brief complies with Fed. R. App. P. 32(a)(5)–(6) because it has been prepared using Microsoft Word for Office 365, Century School font, 14-point proportional type size.

2.      This opening brief complies with Fed. R. App. P. 32(a)(7)(b) because it contains 6,492 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

        I understand that a material misrepresentation can result in the Court's striking the brief and imposing sanctions. If the Court requests, I will provide an electronic version of the brief and/or a copy of the word or line print-out.

3/9/2026                                         *s/ Dwight Draughon*
Date                                             Dwight J. Draughon
                                                 Steptoe LLP