UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4464
(8:23-cr-00442-PX-4)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BINIAH CARTER

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court places the reply brief under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk